

leave to file a brief as *amicus curiae* granted. Certiorari denied.

 No. 01–1007. GROSS *v.* IRTZ, *ante,* p. 906;
 No. 01–7528. DUMONT *v.* UBC, INC., *ante,* p. 907;
 No. 01–7709. WRIGHT *v.* VAUGHN, SUPERINTENDENT, STATE
CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL., *ante,*
p. 938;
 No. 01–7790. MORENO *v.* UNITED STATES, 534 U. S. 1168;
 No. 01–7984. JACKSON *v.* VARNER, SUPERINTENDENT, STATE
CORRECTIONAL INSTITUTION AT DALLAS, ET AL., *ante,* p. 973;
 No. 01–8028. EDENS *v.* TAGUE, *ante,* p. 974;
 No. 01–8634. MORTIMER *v.* UNITED STATES, *ante,* p. 977; and
 No. 01–8826. BARBER *v.* UNITED STATES, *ante,* p. 1005. Peti-
tions for rehearing denied.

 No. 01–8661. IN RE BONTKOWSKI, *ante,* p. 969. Petition for
rehearing denied. JUSTICE STEVENS took no part in the consid-
eration or decision of this petition.

JUNE 3, 2002

 No. 00–1765. PIONEER MAGNETICS, INC. *v.* MICRO LINEAR
CORP. C. A. Fed. Cir. Certiorari granted, judgment vacated,
and case remanded for further consideration in light of *Festo
Corp.* v. *Shoketsu Kinzoku Kogyo Kabushiki Co., ante,* p. 722.

 No. 00–1946. INSITUFORM TECHNOLOGIES, INC., ET AL. *v.* CAT
CONTRACTING, INC., ET AL. C. A. Fed. Cir. Certiorari granted,
judgment vacated, and case remanded for further consideration
in light of *Festo Corp.* v. *Shoketsu Kinzoku Kogyo Kabushiki Co.,
ante,* p. 722. 

 No. 01–35. SENIOR TECHNOLOGIES, INC. *v.* R. F. TECHNOLO-
GIES, INC. C. A. Fed. Cir. Certiorari granted, judgment va-
cated, and case remanded for further consideration in light of
*Festo Corp.* v. *Shoketsu Kinzoku Kogyo Kabushiki Co., ante,*
p. 722.